# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSGURU, INC., a California Corporation; JASPREET SANGHA aka JASPREET SINGH SANGHA, an individual,<br><br>Defendants. | CASE NO: 2:08-cv-01041-MCE-GGH<br><br>ORDER FOR PUBLICATION OF SUMMONS ON COMPLAINT<br><br>[FRCP 4(e), 4(h); CCP §415.50; LR 83-171]<br><br>Complaint Filed: May 13, 2008<br>Trial Date: Not Yet Set |

Having considered the Application of Plaintiff VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company ("Plaintiff") for an order directing the publication of summons on complaint against defendants TRANSGURU, INC., a California Corporation, and JASPREET SANGHA aka JASPREET SINGH SANGHA, an individual (collectively, "Defendants"), and the evidence presented in support thereof, and it satisfactorily appearing to the Court that the Defendants cannot be served with reasonable diligence in any other manner provided in Sections 415.10 through 415.30 of the California Code of Civil Procedure, and it also appearing that a good cause of action exists against the Defendants, or that they are necessary or proper parties to this action,

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED THAT

2    (1)   Service of the summons on complaint in this action be made on the Defendants by
3    publication in the "The Record", a newspaper of general circulation published in the Counties of
4    San Joaquin and Calaveras, California, which is hereby designated as the newspaper most likely
5    to give actual notice to the Defendants; and that said publication be made for four consecutive
6    weeks; and

7    (2)   A copy of the summons and complaint and of the order for publication be mailed
8    to Defendants forthwith, at the address believed to be the owned residence of JASPREET
9    SANGHA, more specifically described as 5863 Saint Andrews Drive, Stockton, California
10   95219.

11   IT IS SO ORDERED.

13   DATED:   September 4, 2008

14   _____
     MORRISON C. ENGLAND, JR
15   UNITED STATES DISTRICT JUDGE

19   Respectfully Submitted By:

20   BENJAMIN T. MORTON (SBN 199158)
     GORDON & REES LLP
21   101 W. Broadway, Suite 1600
     San Diego, CA  92101
22   Telephone:  (619) 696-6700
     Facsimile:  (619) 696-7124

23   Attorneys for Plaintiff
     VOLVO FINANCIAL SERVICES

VCF/1050775/5826197v.1

PDF created with pdfFactory trial version www.pdffactory.com