BENJAMIN T. MORTON (SBN 199158)
GORDON & REES LLP
101 W. Broadway
Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
VOLVO FINANCIAL SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSGURU, INC., a California Corporation; JASPREET SANGHA aka JASPREET SINGH SANGHA, an individual,<br><br>Defendants. | CASE NO. 2:08-cv-01041-MCE-GGH<br><br>CLERK'S JUDGMENT BY DEFAULT<br><br>[Fed. Rules Civ. Proc., Rule 55(b)(1)] |

Whereas, it has been proved upon affidavit of Plaintiff that,

a) Plaintiff's claim is for a sum certain or a sum that can be made certain by computation, and provided for in the affidavit filed concurrently herewith,

b) that the Defendants' defaults were entered, and

c) Defendants are not minors or incompetent persons.

Wherefore, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company, and against Defendants TRANSGURU, INC., a California Corporation and JASPREET SANGHA aka JASPREET SINGH SANGHA, an individual, jointly and severally, in the

-1-

principal amount of $153,524.10, plus prejudgment interest in the amount of $40,030.11, for a total judgment of **$193,554.21**. Additionally, interest shall accrue at the maximum legal rate from the date of entry of judgment.

    Fees and costs in the amount of $ ___0___ are awarded to the Plaintiff pursuant to post-judgment motion.

DATED: 6/12/2009

_____
CLERK OF THE DISTRICT COURT