UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSGURU, INC., a California Corporation; JASPREET SANGHA aka JASPREET SINGH SANGHA, an individual,<br><br>        Defendants. | No. 2:08-cv-01041-MCE-GGH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

On June 22, 2009, Plaintiff filed the instant motion, pursuant to Local Rule 54-293 and Federal Rule of Civil Procedure 54(d), for attorney's fees and related costs as the prevailing party in accordance with the provisions of contractual agreements entered into between Plaintiff and Defendants, which provided for the payments of such expenses incurred by Plaintiff in enforcing the contracts.  Default judgment in Plaintiff's favor and against Defendants was entered by the Court on June 12, 2009.

1

    Plaintiff has now submitted evidence substantiating costs incurred in the amount of $682.20 and attorney's fees totaling $5,730.00. No opposition has been filed by Defendants to Plaintiff's request for recovery of those sums, and the expenses sought appear reasonable. The hourly rates upon which the attorney's fees are predicated (at between $230.00 and $290.00) are within the range approved by this District.

    Given Defendants' non-opposition, and good cause appearing therefore, Plaintiff's Motion is GRANTED.[1] Plaintiff is consequently entitled to reasonable attorney's fees and costs, as requested, in the amount of $6,412.20. The Default Judgment filed on June 12, 2009 shall be amended to reflect that additional sum.

    IT IS SO ORDERED.

Dated: July 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument. E.D. Local Rule 78-230(h).

2