UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**VOLVO FINANCIAL SERVICES,**

AMENDED **DEFAULT JUDGMENT**

v.

Case No. CIV S-08-1041 MCE GGH

**TRANSGURU, INC., a California Corporation et al**

---

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

**TRANSGURU, INC., JASPREET SANGHA aka JASPREET SINGH SANGHA**, jointly and severally, in the principal amount of 4153,524.10, plus prejudgment interest in the amount of $40,030.11, for a total judgment of $193,554.21. Fees and costs in the amount of $6.412.20.  Additionally, interest shall accrue at the maximum legal rate from the date of entry of judgment.

July 27, 2009

VICTORIA C. MINOR, CLERK

By: __/s/NDDuong

NDDuong, Deputy Clerk