Gordon & Rees LLP
7465 West Lake Mead, Suite 200
Las Vegas, NV 89128

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TRANSGURU, INC., a California Corporation; JASPREET SANGHA aka JASPREET SINGH SANGHA, an individual,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:08-cv-01041-MCE-GGH<br><br>**AMENDED ORDER FOR JUDGMENT DEBTORS' EXAM** |

It appearing to the Court by the Ex Parte Motion for Order Allowing Examination of Judgment Debtors that the final Amended Judgment was entered against Defendants TRANSGURU, INC., a California Corporation ("TRANSGURU") and JASPREET SANGHA aka JASPREET SINGH SANGHA, an individual ("SANGHA") (collectively, "Defendants") on July 27, 2009, in the United States District Court, Eastern District of California, and that the time for Defendants to seek relief from the judgment has passed, it is hereby

///

///

///

///

ORDERED that

1) Defendant [person most knowledgeable for] TRANSGURU is ordered to appear in the above action at 501 I Street, Courtroom 9, 13th Floor, before the Honorable Gregory G. Hollows, Sacramento, CA 95814, on the 20th day of January, 2011, at the hour of 10:00 a.m., to testify under oath concerning its property, assets and liabilities, and said Defendant is hereby forbidden in the meantime from disposing of any property not exempt from execution; and

2) Defendant SANGHA is ordered to appear in the above action at 501 I Street, Courtroom 9, 13th Floor, before the Honorable Gregory G. Hollows, Sacramento, CA 95814, on the January 20, 2011 at 10:00 a.m., to testify under oath concerning his property, assets and liabilities, and said Defendant is hereby forbidden in the meantime from disposing of any property not exempt from execution. Accordingly, the January 19, 2011 hearing before the Honorable Gregory G. Hollows is vacated.

Failure to appear at the time and place stated above will result in a bench warrant being issued for your arrest.

DATED: January 11, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE