IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VOLVO FINANCIAL SERVICES,

        Plaintiff,

vs.

TRANSGURU, INC., et al.,

        Defendants.

_____/

No. CIV S-08-1041 MCE GGH

ORDER

Previously scheduled on this court's calendar for January 20, 2011 was a judgment debtor exam. On January 19, 2011, plaintiff filed a declaration indicating that it was unable to serve defendants with the order to appear for the exam.

Accordingly, IT IS ORDERED that: the January 20, 2011 judgment debtor exam is vacated without prejudice to its later refiling.

DATED: February 3, 2011 nunc pro tunc

        /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

GGH:076
Volvo1041.vac.wpd